# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-193 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Carl Lee Richardson, | |
| Defendant. | |

The Government is directed to serve and file by October 20, 2006, a written response to Defendant's Objections to the Report and Recommendation and supporting memorandum.

Dated: October 10, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
